FILED & ENTERED

AUG 27 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DTMH LLC<br><br>                    Debtor. | Case No.: 2:12-bk-33707-TD<br><br>CHAPTER 7<br><br>**ORDER DISMISSING CASE**<br><br>Date:    August 23, 2012<br>Time:    10:00 AM<br>Courtroom: 1345 |

The above-captioned case came on for hearing August 23, 2012, on the court's ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH LBR 9011-2(a).  Having considered that the debtor failed to appear at the hearing and failed to file a written response,

　　IT IS ORDERED that this case is dismissed for the reasons set forth on the record at the hearing.

DATED: August 27, 2012

_____
United States Bankruptcy Judge

-1-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ) **ORDER DISMISSING CASE** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

**1.** <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u> – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) <u>8/23/12</u>, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Alberta P Stahl (TR)
trusteestahl@earthlink.net,
astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kristin S Webb on behalf of Interested Party Courtesy NEF
bknotice@rcolegal.com

☐ Service information continued on attached page

**2.** <u>**SERVED BY THE COURT VIA UNITED STATES MAIL:**</u> A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

<u>Debtor</u>
DTMH LLC
17449 Honey Maple St
Canyon Country, CA 91387

☐ Service information continued on attached page

**3.** <u>**TO BE SERVED BY THE LODGING PARTY**</u>: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page